<span style="color:red">**Electronically Filed
Supreme Court
SCAD-12-0000414
18-MAR-2013
01:50 PM**</span>

SCAD-12-0000414

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

WING C. NG, Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-002-8725)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Intermediate Court of Appeals Associate Judge Ginoza,
assigned by reason of vacancy)

On March 8, 2013, Respondent Wing C. Ng filed with this court a document entitled "Request for Reconsideration; Request for Clarification; Previous Reply to ODC." Though Respondent Ng fails to cite to any authority for the filing, we deem it a motion for reconsideration, timely made pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure.

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, March 18, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

